**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **REGINALD T MORRIS #1077432** | **CASE NO. 6:19-CV-00546 SEC P** |
| **VERSUS** | **JUDGE JUNEAU** |
| **PUBLIC DEFENDER MAGGIE ET AL** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. §1915.

THUS DONE in Chambers on this ___28th___ day of ___May___, 2019.

_____
**Michael J. Juneau**
**United States District Judge**